## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## (CLAYTON DIVISION)

| | |
|---|---|
| MATT HORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JON B. CARROLL, SANTANNA | ) |
| KENNY MCCRAE, and | ) |
| Fictitious Defendants "A", "B", and "C", | ) CIVIL ACTION NO. CV-17-013 |
| whether singular or plural or those | ) |
| other persons, firms, corporations | ) |
| or other entities whose wrongful | ) |
| conduct caused or contributed to | ) |
| cause injuries and damages to plaintiff, | ) |
| all of whose true and correct identities | ) |
| are unknown to the plaintiff at this time, | ) |
| but will be added by amendment | ) |
| when ascertained, | ) |
| | ) |
| Defendants. | ) |

FILED JUL 25 2017 DAVID S. NIX, CLERK BARBOUR COUNTY, ALABAMA

## COMPLAINT

### PARTIES, JURISDICTION, AND VENUE

1. The Plaintiff, Matt Horne, is an adult resident citizen of Barbour County, Alabama.

2. The Defendant, Jon B. Carroll, is believed to be an adult resident of Henry County, Alabama.

3. Defendant, Santanna Kenny McCrae, is believed to be an adult resident citizen of the Clayton Division of Barbour County, Alabama.

4. Fictitious Defendants "A", "B", and "C", whether singular or plural are those other persons, firms, corporations or other entities whose wrongful conduct caused or contributed to cause injuries and damages to plaintiff, all of whose true and correct

identities are unknown to the plaintiff at this time, but will be added by amendment when ascertained. Further, they are all individuals or entities who may have owned an interest in the Henry Report, The Henry County Reporter, or The Barbour County Reporter, or who published, commented or republished any defamatory statements or articles contained in the outlets mentioned above.

5. This Court has jurisdiction of this Cause. Alabama Code Section 12-11-30 (1) (1975).

6. Venue is proper in this Court. Alabama Code Section 6-3-2 (1975).

## STATEMENT OF FACTS

7. Plaintiff re-alleges paragraphs 1 through 6 of his Complaint as if set out here in full.

8. Over the past few years, Jon B. Carroll has operated websites known as the Barbour County Reporter, The Henry County Reporter, and the Henry Report. Further, he published articles on these sites and republished them on Facebook and other sites.

9. Throughout this time he has constantly defamed elected officials, law enforcement officers and numerous other hard working members of this and surrounding communities.

10. In August 2015, Jon B. Carroll published articles referring to the Plaintiff as a drunk, and insinuating that the Plaintiff poisoned cattle. Further, on or about August 23, 2015, he published the following statement: "there is a state and federal investigation into Matt Horne for alleged wrong doing is what I have been made aware of". All statements were made with malice and reckless disregard for whether they were false.

Said statements were published via internet and were available and seen by many individuals.

11. On or about July 7, 8 and 9, 2017, Defendant Jon B. Carroll published a photograph of Plaintiff that had been altered and changed to make the Plaintiff appear under the influence of alcohol. Further, the photograph was altered to make it appear that the Plaintiff was holding an alcoholic drink. Said photoraph was published and according to the Defendant's website seen by over 40,000 people. Photograph was altered and published in a malicious attempt to defame the Plaintiff's character and reputation.

12. On or about July 7, 2017, the Defendant Jon B. Carroll published the following statements in reference to Plaintiff, alleging that the Plaintiff: blackmailed witnesses and forced them to lie in Court; coached witnesses in dozens of cases to present false testimony to the Court; routinely uses perjury to get convictions in Court; Horne perversely wanted to examine her genitals in a judge's chambers; Horne would do anything to get a conviction, he didn't care if he had to lie. Said statements were made maliciously and in an attempt to defame the reputation and character of the Plaintiff. Plaintiff demanded retraction of said statements. Defendant failed to timely and properly retract said statements.

13. On or about July 9, Defendant Jon B. Carroll published the following statement defaming the Plaintiff, "I have direct personal knowledge of Matt Horne inferring with a police department. In the cases Im aware of he learned that young women were being pressured into having sex by a police officer he was connected to. Matt intervened on behalf of the officer. Said statement was made maliciously and in an attempt to defame the reputation and character of the Plaintiff.

14. On or about July 9, 2017 Defendant Jon B. Carroll published the statement, "individuals who support Judge Matt Horne have threatened her life". Said statement was made maliciously and in an attempt to defame the reputation and character of the Plaintiff.

15. On or about July 7, 2017 Defendant Jon B. Carroll published of video of Defendant Santanna Kenny McCrae making numerous false allegations about the Plaintiff. Many of these allegations are criminal in nature. Plaintiff reserves the right to amend the complaint to add exact quotes from Defendant McCrae once Defendant Carroll produces a copy of the video in discovery.

16. Over the past 2 years, Defendant Jon B. Carroll has published numerous other defamatory statements concerning the Plaintiff. Plaintiff reserves the right to amend this Complaint to add those counts once Defendant Jon B. Carroll produces copies of all past articles during the discovery process.

## COUNT 1

### (LIBEL, SLANDER, AND DEFAMATION OF CHARACTER)

17. Plaintiff re-alleges paragraphs 1 through 16 of his Complaint as if set out here in full.

18. All statements mentioned in paragraphs 10 though 16 constitute libel and defamation of character. All statements were made maliciously and with reckless disregard for whether they were false.

## COUNT II

## (LIBEL PER SE/DEFAMATON PER SE)

19.     Plaintiff re-alleges paragraphs 1 through 18 of his Complaint as if set out here in full.

20.     To the extent that statements mentioned in paragraphs 10 through 16 constitute criminal acts, they constitute *libel per se*.

## COUNT III

## (CONSPIRACY)

21.     Plaintiff re-alleges paragraphs 1 through 20 of his Complaint as if set out here in full.

22.     All defendants conspired to work together in a malicious attempt to defame the Plaintiff's character and reputation.

## COUNT IV

## (NEGLIGENCE)

23.     Plaintiff re-alleges paragraphs 1 through 22 of his Complaint as if set out here in full.

24.     All Defendants owed a duty to Plaintiff to properly investigate said claims for truthfulness prior to publication. They breached that duty by maliciously or recklessly failing to properly investigate said claims.

As a result of the Defendants' actions in Counts I through IV, Plaintiff has been injured and damaged. Specifically, Plaintiff's reputation has been damaged in his trade and profession; he has been brought into public disgrace, contempt and infamy; and in his community, he has been held to public disgrace, ridicule, odium or contempt.

WHEREFORE, premises considered, Plaintiff respectfully requests relief as follows:

A. Compensatory damages;

B. Punitive damages;

C. His costs in this action;

D. Pain and Mental Anguish;

E. Such other relief as this Court may find appropriate.

*Matt Horne*
Matt Horne, Plaintiff
POB 226
Clayton, AL 36016

**JURY DEMAND**

Plaintiff requests a trial by jury on all issues in this case.