EXHIBIT A





ALPINE BANK, DURANGO COLORADO