IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MATT HORNE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv564-MHT |
| | ) | (WO) |
| JON B. CARROLL and | ) | |
| SANTANNA KENNY MCCRAE, | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND ORDER

Plaintiff filed this case in state court alleging libel, defamation, conspiracy, and negligence. A defendant removed the case to federal court on the asserted basis of diversity jurisdiction, and plaintiff moved to remand to state court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the motion to remand be granted due to lack of diversity jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, and based

on the lack of objection, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The magistrate judge's recommendation (doc. no. 14) is adopted.

(2) Plaintiff's motion to remand (doc. no. 8) is granted.

(3) All other pending motions are left for resolution by the state court.

(4) This cause is remanded to the Circuit Court of Barbour County, Alabama — Clayton Division.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 31st day of January, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**